572 HESTER vs. COMMISSIONERS OF PARKS AND BOULEVARDS (Detroit), No. 11755½, 84 M., 450.

To compel payment of witness fees and an attorney fee in proceedings to widen a boulevard.

Denied February 5, 1891, on the ground that costs are recoverable only when awarded by statute, and that Act No. 388, Local Acts of 1889, under which proceedings were had, makes no provision for witness and attorney fees.

573 KEELER vs. CIRCUIT JUDGE (Shiawassee), No. 11781½.

To vacate an order directing a re-taxation of costs where the clerk struck out an item because the affidavit was defective as to that item, and the court set aside the taxation and gave leave to file a new bill with proper affidavits.

Order to show cause denied February 24, 1891.